IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMY L. INGENHUTT and TERESA L. ODELL,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>STATE FARM INVESTMENT MANAGEMENT CORPORATION<br><br>　　　　Defendant. | No. 15-cv-01303-JES-JEH |

**UNOPPOSED MOTION FOR EXTENTION OF TIME**

　　Pursuant to Local Rules 6.1 and 7.1, Plaintiffs Amy L. Ingenhutt and Teresa L. Odell, by and through their attorneys, move the Court for an extension of time of two weeks, until January 18, 2015, within which to file a response to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.  In support of this motion, which is unopposed by Defendant, Plaintiffs state as follows:

　　1.　　Plaintiffs filed their First Amended complaint on November 13, 2015.

　　2.　　On November 25, 2015, Defendant SFIMC filed an unopposed motion to extend its deadline for filing a response to the First Amended Complaint from November 30, 2015 to December 15, 2015. The Court granted that motion on November 30, 2015.

　　2.　　On December 15, 2015, Defendant filed an Unopposed Motion for Leave to File in Excess of Page Limitations, seeking leave to file a brief in support of its Motion to Dismiss of

1

up to 32 pages in length and allowing for Plaintiffs to file a brief in response to the motion of the same page length. The Court granted the motion on December 16, 2015.

3. Concurrently with the filing of its Unopposed Motion for Leave to File in Excess of Page Limitations, Defendant filed its Motion to Dismiss Plaintiffs' First Amended Complaint and its Memorandum of Law in support of the motion, consisting of 32 pages.

4. Defendant also filed a Request for Judicial Notice in support of its motion to dismiss, asking the Court to take judicial notice of 20 documents attached to the request as Exhibits A though T.

5. Pursuant to the Court's Order of December 15, 2015, Plaintiffs' response to Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint is currently due on or before January 4, 2016. Plaintiffs seek a modest extension of this deadline of two weeks, until January 18, 2016.

6. The short extension of time requested herein is warranted and reasonable based on the intervening holidays, during which time Plaintiffs' counsel will be out of the office, and on the complexity of the issues, the length of Defendant's memorandum in support of the motion, the extensive evidence submitted by Defendant in support of the motion and the likelihood that Plaintiffs' response may require up to 32 pages in length. Plaintiffs believe the additional time requested is reasonably necessary to fully respond to the arguments and evidence set forth by Defendant in support of its motion.

7. Counsel for the parties have conferred about this motion and Defendant does not oppose the motion or the relief requested herein.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that this Court grant their unopposed motion for an extension of time, permitting them to file their response to

Defendant's motion on or before January 18, 2015.

Dated: December 18, 2015

        Respectfully submitted,

/s/ Mark T. Johnson
Todd M. Schneider,** CA Bar No. 158253
Mark T. Johnson** CA Bar No. 076904
Kyle G. Bates,** CA Bar No. 299114
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
2000 Powell Street, Suite. 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
tschneider@schneiderwallace.com
mjohnson@schneiderwallace.com
kbates@schneiderwallace.com

Garrett W. Wotkyns,* AZ Bar No. 025887
Michael C. McKay, ** AZ Bar No. 023354
**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
8501 North Scottsdale Rd., Suite 270
Scottsdale, AZ 85253
Telephone: (480) 428-0142
Facsimile: (866) 505-8036
gwotkyns@schneiderwallace.com
mmckay@schneiderwallace.com

Todd S. Collins, ** PA Bar No. 29405
Shanon J. Carson, ** PA Bar No. 85957
Ellen Noteware, ** PA Bar No.
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103-6365
tcollins@bm.net
scarson@bm.net
enoteware@bm.net

J. Barton Goplerud,** IA Bar No.AT0002983
**HUDSON MALLANEY SHINDLER &
ANDERSON PC**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
jbgoplerud@hudsonlaw.net

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

/s/ *Mark Johnson*
Mark Johnson
SCHNEIDER WALLACE
COTTRELL KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
mjohnson@schneiderwallace.com
