UNITED STATES DISTRICT COURT
CENTRIAL DISTRICT OF ILLINOIS

| | |
|---|---|
| AMY L. INGENHUTT and TERESA L. ODELL,<br><br>  Plaintiffs,<br><br>v.<br><br>STATE FARM INVESTMENT MANAGEMENT CORPORATION,<br><br>  Defendant. | Case No. 1:15-cv-01303 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Amy L. Ingenhutt and Teresa L. Odell, and Defendant State Farm Investment Management Corp., by their respective undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this action should be, and hereby is, dismissed with prejudice and without costs awarded by the Court to any party.

Dated: November 20, 2018

Respectfully submitted,

ROPES & GRAY LLP

By: *s/ Robert A. Skinner*
Robert A. Skinner (admitted *pro hac vice*)
Amy D. Roy (admitted *pro hac vice*)
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
Telephone:  (617) 951-7000
Facsimile:   (617) 951-0394
john.donovan@ropesgray.com
robert.skinner@ropesgray.com
amy.roy@ropesgray.com

*Attorneys for Defendant State Farm Investment Management Corp.*

Dated: November 20, 2018      Respectfully submitted,

                SCHNEIDER WALLACE COTTRELL
                KONECKY WOTKYNS LLP

         By:    */s/ Mark T. Johnson*
                Mark T. Johnson

                *Attorneys for Amy L. Ingenhutt and*
                *Teresa L. Odell*

**CERTIFICATE OF SERVICE AND ATTESTATION**

I hereby certify that on November 20, 2018, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

I also hereby attest that I obtained concurrence in the filing of this document from the other signatory on this e-filed document.

>*/s/ Mark T. Johnson*
>Mark T. Johnson
>SCHNEIDER WALLACE COTTRELL
>KONECKY WOTKYNS LLP